# UNITED STATES DISTRICT COURT
Central District of California

CHRISTOPHER A. WESTERFIELD

**BILL OF COSTS**

V.

Case Number: CV05-06645

GREGORY J. WADE

Judgment having been entered in the above entitled action on _March 14, 2007_ against GREGORY J. WADE

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 250.00 |
| Fees for service of summons and subpoena | 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case (Expedited or daily transcripts require prior Court Order.) 1. Trial Transcripts, if requested by the Court or prepared pursuant to stipulation 2. Deposition Transcripts (includes non-expedited transcripts, the reporter's appearance fee, fees for binding, bates stamping, non-expedited shipping & handling, processing fee, ASCII disks, production and code compliance charge, electronic transmission charge, miniscripts and witness handling charges) | 3,501.05 |
| Fees and disbursements for printing (The costs of copies of an exhibit attached to a document necessarily filed and served.) | 573.90 ✓ ~~1,352.45~~ |
| Fees for witnesses (itemize on page 2 of 3) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| ~~Docket fees under~~ 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs be taxed pursuant to prior Court approval (please itemize) | 4,374.95 ~~5,103.50~~ |
| **TOTAL** | $ |

Priority ____
Send ____ ✓
Enter ____
Closed ____
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### DECLARATION
I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Kelly Irwin, 1631 East 18th St., Santa Ana CA 92705 .

_____  David L. Hagan
Signature of Attorney          Name of Attorney

For: Christopher A. Westerfield        Date: March 20, 2007
Name of Claiming Party

Costs are taxed in the amount of $ 4,394.95 and included in the judgment.

**SHERRI R. CARTER**        By: _____        4/19/07
Clerk of Court                 Deputy Clerk              Date

JUDY A. MATTHEWS

CV-59 (12/03)        BILL OF COSTS        Page 1 of 3

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| **TRIAL I** | | | | | | | |
| Claudett Silva<br>727 E. Vickie Ave.<br>Santa Maria, CA 93458 | 1 | 40.00 | | | 340.00 | 151.30 | 191.30 |
| Jessica Krelle<br>610 W Cook St Apt C<br>Santa Maria CA 93458 | 1 | 40.00 | | | 340.00 | 151.30 | 191.30 |
| Steven Navarro<br>519 W Orange St Apt C<br>Santa Maria CA 93458 | 1 | 40.00 | | | 340.00 | 151.30 | 191.30 |
| Andrew Monroy MD<br>310 S Halcyon Road, Suite 106<br>Arroyo Grande, CA 93420 | 1 | 40.00 | | | 370.00 | 164.65 | 204.65 |
| **TRIAL II** | | | | | | | |
| Claudett Silva<br>727 E. Vickie Ave.<br>Santa Maria, CA 93458 | 1 | 40.00 | | | 340.00 | 151.30 | 191.30 |
| Jessica Krelle<br>610 W Cook St Apt C<br>Santa Maria CA 93458 | 1 | 40.00 | | | 340.00 | 151.30 | 191.30 |
| Steven Navarro<br>519 W Orange St Apt C<br>Santa Maria CA 93458 | 1 | 40.00 | | | 340.00 | 151.30 | 191.30 |
| | | | | | | **TOTAL** | 1,352.45 |

## INSTRUCTIONS AND NOTICES REGARDING BILL OF COSTS

SPECIAL NOTE: An itemization and documentation to support the claims made in all categories shall be attached to the Application for Bill of Costs. Documentation shall include receipts, orders and stipulations of the parties. The claiming party shall ensure that any receipts are self-explanatory (i.e. receipts for service, to include the name of the individual). The Clerk's designee will disallow any expenses that do not have supporting documentation. It is the claiming party's responsibility to ensure that the total cost requested in all categories on Form CV-59 reflects the same total of the documentation submitted in support thereof. The Clerk's designee shall allow such items specified in the application which are properly recoverable as costs.

### Amended Procedure for Filing Bill of Costs

Local Rule 54.3 - Within (15) days after entry of judgment , the party entitled to costs shall file a Notice of Application to the Clerk to Tax Costs and shall lodge a verified Bill of Costs on Form CV-59 in accordance with the instructions on said form. The Bill of Costs and the Application to the Clerk to Tax Costs shall be prepared as two separate documents. The Bill of Costs may be lodged when presented for filing and will be filed at the time of determination of allowable costs by the Clerk's designee. All costs shall be specified so that the nature of the claim can be readily understood.

### Appearance Requirements

Local Rule 54-3.2 - Time of Application - The date and time for taxation of costs by the Clerk shall be not less than fourteen (14) nor more than twenty-one (21) days from the date notice is given to the other parties. If no objections to the Bill of Costs are filed, then no appearance by counsel is required. In the absence of an objection, any item listed will be taxed as allowed under Local Rule 54. When an objection is filed, the Clerk's designee may determine that no hearing is required and the parties will be so notified. If a hearing is to be held, the Clerk's designee may specify the form of the hearing and determine if telephonic appearances are appropriate.

### Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

### See also Section 1920 of Title 28, which reads in part as follows:
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

### The Federal Rules of Civil Procedure contain the following provisions:
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

|  |  |  |
|---|---|---|
| 60624 | 07/19/2006 | 01-207107 |
| 06/26/2006 | SHOFLO | CV 05-6645 |

David L. Hagan, Esq.
LAW OFFICES OF DAVID L. HAGAN
P.O. Box 1638 (P.B. 93448-1638)
1540 Grand Avenue
Grover Beach, CA 93433

WESTERFIELD vs. WADE

Due upon receipt

| | |
|---|---|
| ONE CERTIFIED COPY OF DEPOSITION OF:<br>  CHRISTOPHER A. WESTERFIELD | 466.55 |
| ONE CERTIFIED COPY OF DEPOSITION OF:<br>  JESSICA KRELLE | 179.05 |
| ONE CERTIFIED COPY OF DEPOSITION OF:<br>  FREDDY ANDERSON | 91.40 |
| ONE CERTIFIED COPY OF DEPOSITION OF:<br>  SHIRLEY KNUTZEN | 193.15 |
| **TOTAL DUE >>>>** | **930.15** |

NO CHARGE FOR YOUR COMPRESSED TRANSCRIPTS OR DISKETTES!
TAKE $93.02 DISCOUNT WHEN PAID WITHIN 30 DAYS!

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 0.00 | (=) NEW BALANCE | 930.15 |
|---|---|---|---|---|---|

20-3438808                                    (805) 773-5489   Fax (805) 773-0492

*Please detach bottom portion and return with payment.*

David L. Hagan, Esq.
LAW OFFICES OF DAVID L. HAGAN
P.O. Box 1638 (P.B. 93448-1638)
1540 Grand Avenue
Grover Beach, CA 93433

Invoice No.: 60624
Date       : 07/19/2006
**TOTAL DUE** :   930.15

Job No.   : 01-207107
Case No.  : CV 05-6645 ABC (FMOx)
WESTERFIELD vs. WADE

Remit To:  **MERIT REPORTING & VIDEO**
           **1151 Leff Street**
           **P.O. Box 1039**
           **San Luis Obispo, CA 93406-1039**

|       |            |           |
|-------|------------|-----------|
| 60632 | 07/20/2006 | 01-207110 |
| 06/27/2006 | SHOFLO | CV 05-6645 |

David L. Hagan, Esq.
LAW OFFICES OF DAVID L. HAGAN
P.O. Box 1638 (P.B. 93448-1638)
1540 Grand Avenue
Grover Beach, CA 93433

WESTERFIELD vs. WADE

Due upon receipt

| | |
|---|---|
| ORIGINAL & 1 CERTIFIED COPY OF THE DEPOSITION OF: KEVIN J. WADDELL | 984.30 |
| ORIGINAL & 1 CERTIFIED COPY OF THE DEPOSITION OF: CLAUDETTE SILVA | 303.65 |
| ORIGINAL & 1 CERTIFIED COPY OF THE DEPOSITION OF: JOHN AYERLE | 249.75 |
| **TOTAL DUE >>>>** | **1,537.70** |

NO CHARGE FOR YOUR COMPRESSED TRANSCRIPTS OR DISKETTES!
TAKE $153.77 DISCOUNT WHEN PAID WITHIN 30 DAYS!

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 0.00 | (=) NEW BALANCE | 1,537.70 |
|---|---|---|---|---|---|

20-3438808                                                         (805) 773-5489    Fax (805) 773-0492

*Please detach bottom portion and return with payment.*

David L. Hagan, Esq.
LAW OFFICES OF DAVID L. HAGAN
P.O. Box 1638 (P.B. 93448-1638)
1540 Grand Avenue
Grover Beach, CA 93433

Invoice No.: 60632
Date        : 07/20/2006
**TOTAL DUE** : 1,537.70

Job No.   : 01-207110
Case No.  : CV 05-6645 ABC (FMOx)
WESTERFIELD vs. WADE

Remit To:   **MERIT REPORTING & VIDEO**
            1151 Leff Street
            P.O. Box 1039
            San Luis Obispo, CA 93406-1039

|       |            |           |
|-------|------------|-----------|
| 60695 | 08/14/2006 | 01-207135 |
| 07/17/2006 | SHOFLO | CV 05-6645 |

David L. Hagan, Esq.  
LAW OFFICES OF DAVID L. HAGAN  
P.O. Box 1638 (P.B. 93448-1638)  
1540 Grand Avenue  
Grover Beach, CA 93433

WESTERFIELD vs. WADE

Due upon receipt

| | |
|---|---|
| ORIGINAL & 1 CERTIFIED COPY OF THE DEPOSITION OF:<br>GREGORY WADE | 1,033.20 |
| **TOTAL DUE >>>>** | 1,033.20 |

NO CHARGE FOR YOUR COMPRESSED TRANSCRIPT OR DISKETTE!  
TAKE $103.32 DISCOUNT WHEN PAID WITHIN 30 DAYS!

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 0.00 | (=) NEW BALANCE | 1,033.20 |
|---|---|---|---|---|---|
| 20-3438808 | | | | (805) 773-5489  Fax (805) 773-0492 | |

*Please detach bottom portion and return with payment.*

David L. Hagan, Esq.  
LAW OFFICES OF DAVID L. HAGAN  
P.O. Box 1638 (P.B. 93448-1638)  
1540 Grand Avenue  
Grover Beach, CA 93433

Invoice No.: 60695  
Date        : 08/14/2006  
**TOTAL DUE** :   1,033.20

Job No.   : 01-207135  
Case No.  : CV 05-6645 ABC (FMOx)  
WESTERFIELD vs. WADE

Remit To:  **MERIT REPORTING & VIDEO**  
1151 Leff Street  
P.O. Box 1039  
San Luis Obispo, CA 93406-1039

David L. Hagan  SBN #176673
Attorney at Law
P.O. Box 1638
Pismo Beach, CA  93448-1638
1540 Grand Ave. Grover Beach, CA 93433
(805) 473-9700 TELEPHONE
(805) 473-9711  FACSIMILE
Email: lawprofessional@aol.com

Attorney for Plaintiff
Christopher A. Westerfield

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER A. WESTERFIELD<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY J. WADE; KEVIN J. WADDELL; CITY OF SANTA MARIA and DOES 1 through 10<br>Defendants. | Case No.  CV 05-6645 ABC(FMOx)<br><br>**DECLARATION IN SUPPORT OF PLAINTIFF'S BILL OF COSTS**<br><br>Hon. Audrey B. Collins |

I, DAVID L. HAGAN, DECLARE AS FOLLOWS:

1. I have personal knowledge of the following and if called upon could competently testify thereto.

2. I am the attorney for the Plaintiff, Christopher Westerfield, in this matter.

3. The attached statements for depositions costs are true and correct copies of the statements sent to me by Merit Reporting.

1

1
2  4.  The mileage stated in the witness fees section was obtained from Google
3  Maps, for between Santa Maria California and Los Angeles, and between Arroyo
4  Grande California and Los Angeles.
5
6  I declare under penalty of perjury under the laws of the United States of America
7  that the foregoing is true and correct.
8  Dated: March 22, 2007
9  _____
10             David L. Hagan

2

DECLARATION IN SUPPORT OF PLAINTIFF'S BILL OF COSTS

1  David L. Hagan  SBN #176673
   Attorney at Law
2  P.O. Box 1638
   Pismo Beach, CA  93448-1638
3  1540 Grand Ave. Grover Beach, CA 93433
   (805) 473-9700 TELEPHONE
4  (805) 473-9711  FACSIMILE
   Email: lawprofessional@aol.com
5
   Attorney for Plaintiff
6  Christopher A. Westerfield

7
                    UNITED STATES DISTRICT COURT
8                  CENTRAL DISTRICT OF CALIFORNIA

9  CHRISTOPHER A.              Case No.  CV 05-6645 ABC(FMOx)
   WESTERFIELD
10                Plaintiff,   PROOF OF SERVICE OF:
   vs.                         PLAINTIFF'S BILL OF COSTS AND
11 GREGORY J. WADE;            SUPPORTING DECLARATION
   KEVIN J. WADDELL; CITY
12 OF SANTA MARIA and
   DOES 1 through 10
13               Defendants.

14 I am employed in the County of San Luis Obispo, State of California.  I am over
   the age of 18 years and not a party to the within action.  My business address is
15 1540 Grand Ave., Grover Beach, CA 93433.  My mailing address is P.O. Box
   1638, Pismo Beach, CA 93448-1638.
16 
   On   March 22, 2007          I served the above captioned documents on:
17 Kelly R. Irwin                Hon. Audrey B. Collins
   Ferguson, Praet & Sherman APC Courtroom No.: 680
18 1631 East 18th Street         Roybal Federal Building
   Santa Ana CA 92705-7101       255 East Temple Street
19 Fax: (714) 953-1143           Los Angeles, CA 90012
   Attorney for all Defendants   CHAMBERS COPY - **via Fed Ex**
20
   By facsimile to the above Fax Number(s).  The sending facsimile machine was a
21 Toshiba eStudio 280.  The phone number of the sending machine was (805) 473-
   9711.  No error was reported by the machine.  Further, I sealed the documents in
22 an envelope and deposited this envelope with US Postal Service first class
   postage paid, addressed to Kelly Irwin above, and by Fed Ex addressed to Hon.
23 Audrey B. Collins, above, the same day in San Luis Obispo County, California, in
   the ordinary course of business.
24
   I declare under penalty of perjury under the laws of the United States of America
25 that the foregoing is true and correct.

26
27 Date   March 22, 2007         _____
                                 David L. Hagan
28
                                  1
                            PROOF OF SERVICE