# UNITED STATES DISTRICT COURT

## Central District of California

Christopher A. Westerfield

**BILL OF COSTS**

FILED
CLERK, U.S. DISTRICT COURT

APR 19 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

V.

Case Number:   CV 05-6645 ABC (FMOx)

Gregory J. Wade

(Dkt #127)

Judgment having been entered in the above entitled action on ___March 26, 2007___ against  Plaintiff Westerfield
Date

the Clerk is requested to tax the following as costs:

Priority ___
Send ___
Enter ___
Closed ___
JS-2/JS-3 ___
Scan Only ___

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $              0.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 358.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case<br>(Expedited or daily transcripts require prior Court Order.) | |
| 1.   Trial Transcripts, if requested by the Court or prepared pursuant to stipulation | 0.00 |
| 2.   Deposition Transcripts (includes non-expedited transcripts, the reporter's appearance fee, fees for binding, bates stamping, non-expedited shipping & handling, processing fee, ASCII disks, production and code compliance charge, electronic transmission charge, miniscripts and witness handling charges) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,203.80 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .<br>(The costs of copies of an exhibit attached to a document necessarily filed and served.) | 32.76 |
| Fees for witnesses (itemize on page 2 of 3) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,677.28 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . . | 0.00 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 40.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | 0.00 |
| Other costs to be taxed pursuant to prior Court approval (please itemize) . . . . . . . . . . . . . . . . . . . | 0.00 |
| **TOTAL** | $      5,311.84 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

DOCKETED ON CM

APR 19 2007

BY _____ 112

151

---

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill was mailed today with postage prepaid to:   David Hagan, PO Box 1638, Pismo Beach, CA 93448   .

Signature of Attorney

Kelly R. M. Irwin
Name of Attorney

For: _____ Defendant, Gregory J. Wade
Name of Claiming Party

Date: _____

Costs are taxed in the amount of  $5,311.84  and included in the judgment.

SHERRI R. CARTER
Clerk of Court

By: _____
Deputy Clerk
JUDY A. MATTHEWS

4/19/07
Date

LODGED

ORIGINAL

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME AND RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Jessica Krelle<br>610 W. Cook Street<br>Santa Maria, CA 93458 | 1 | 45.00 | | | | | 45.00 |
| Freddy Anderson<br>1202 Kensington<br>Santa Maria, CA 93454 | 1 | 45.00 | | | | | 45.00 |
| Shirley Knutzen<br>1862 Barrington Drive<br>Santa Maria, CA 93458 | 1 | 45.00 | | | | | 45.00 |
| William Spears<br>222 E. Cook Street<br>Santa Maria, CA 93454 | | | 2.00 | 280.50 | 340.00 | 149.60 | 430.10 |
| Danny Macagni<br>222 E. Cook Street<br>Santa Maria, CA 93454 | | | 2.00 | 250.80 | 340.00 | 149.60 | 400.40 |
| Jesus Garcia<br>222 E. Cook Street<br>Santa Maria, CA 93454 | | | 2.00 | 250.80 | 340.00 | 149.60 | 400.40 |
| Kevin Waddell<br>222 E. Cook Street<br>Santa Maria, CA 93454 | | | 2.00 | 250.80 | 340.00 | 149.60 | 400.40 |
| Greg Wade<br>222 E. Cook Street<br>Santa Maria, CA 93454 | | | 6.00 | 761.38 | 340.00 | 149.60 | 910.98 |
| | | | | | | TOTAL | 2,677.28 |

## INSTRUCTIONS AND NOTICES REGARDING BILL OF COSTS

SPECIAL NOTE: An itemization and documentation to support the claims made in all categories shall be attached to the Application for Bill of Costs. Documentation shall include receipts, orders and stipulations of the parties. The claiming party shall ensure that any receipts are self-explanatory (i.e. receipts for service, to include the name of the individual). The Clerk's designee will disallow any expenses that do not have supporting documentation. It is the claiming party's responsibility to ensure that the total cost requested in all categories on Form CV-59 reflects the same total of the documentation submitted in support thereof. The Clerk's designee shall allow such items specified in the application which are properly recoverable as costs.

### Amended Procedure for Filing Bill of Costs

Local Rule 54.3 - Within (15) days after entry of judgment , the party entitled to costs shall file a Notice of Application to the Clerk to Tax Costs and shall lodge a verified Bill of Costs on Form CV-59 in accordance with the instructions on said form. The Bill of Costs and the Application to the Clerk to Tax Costs shall be prepared as two separate documents. The Bill of Costs may be lodged when presented for filing and will be filed at the time of determination of allowable costs by the Clerk's designee. All costs shall be specified so that the nature of the claim can be readily understood.

### Appearance Requirements

Local Rule 54-3.2 - Time of Application - The date and time for taxation of costs by the Clerk shall be not less than fourteen (14) nor more than twenty-one (21) days from the date notice is given to the other parties. If no objections to the Bill of Costs are filed, then no appearance by counsel is required. In the absence of an objection, any item listed will be taxed as allowed under Local Rule 54. When an objection is filed, the Clerk's designee may determine that no hearing is required and the parties will be so notified. If a hearing is to be held, the Clerk's designee may specify the form of the hearing and determine if telephonic appearances are appropriate.

### Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

### See also Section 1920 of Title 28, which reads in part as follows:
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

### The Federal Rules of Civil Procedure contain the following provisions:
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

# Christopher Westerfield v. Gregory Wade

Case No.: 05-6645 ABC (FMOx)

## *Itemization of Costs*

| Item # | Description of Item | Fee |
|--------|---------------------|-----|
| 1. | Service of Deposition Subpoena - Jessica Krelle | $184.00 |
| 2. | Service of Deposition Subpoena - Freddy Anderson | $87.00 |
| 3. | Service of Deposition Subpoena - Shirley Knutzen | $87.00 |
| 4. | Invoice for Court Reporting Services - Christopher Westerfield, Jessica Krelle, Freddy Anderson and Shirley Knutzen | $2,070.15 |
| 5. | Invoice for Court Reporting Services - Claudette Silva | $133.65 |
| 6. | Invoice for Copying of VHS Tape | $32.76 |
| 7. | Check for Witness Fee - Jessica Krelle | $45.00 |
| 8. | Check for Witness Fee - Freddy Anderson | $45.00 |
| 9. | Check for Witness Fee - Shirley Knutzen | $45.00 |
| 10. | Credit Card Statement - The New Otani Hotel - 2 Nights - William Spears [also Credit Invoice from New Otani Hotel] | $280.50 |
| 11. | Invoice from The New Otani Hotel - 2 Nights - Danny Macagni | $250.80 |
| 12. | Invoice from The New Otani Hotel - 2 Nights - Jesus Garcia  [also Credit Invoice from New Otani Hotel] | $250.80 |
| 13. | Invoice from The New Otani Hotel - 2 Nights - Kevin Waddell | $250.80 |
| 14. | Invoices from The New Otani Hotel - 6 Nights - Greg Wade | $761.38 |
| 15. | Witness Mileage - Williams Spears | $149.60 |

| 16. | Witness Mileage - Danny Macagni | $149.60 |
|-----|----------------------------------|---------|
| 17. | Witness Mileage - Jesus Garcia | $149.60 |
| 18. | Witness Mileage - Kevin Waddell | $149.60 |
| 19. | Witness Mileage - Greg Wade | $149.60 |
| 20. | Docket Fees per 28 U.S.C. 1923 | $40.00 |
|     | **TOTAL:** | **$5,311.84** |

SCANNED

# ITEM "1"



| Date Ordered | Caller / Order ID | Origin: | Destination | References: |
|---|---|---|---|---|
| 05/31/06 | Cathy **937785** | Ferguson, Praet & Sherman SBN 119 E 18th St Santa Ana CA 92705-7101 | Jessica Krelle 610 W Cook St Santa Maria CA 93458-5556 | WESTERFIELD WESTERFIELD V. W |

Documents: SUBPOENA IN A CIVIL CASE

Remarks:

Order Type:   "Statewide" Process

| | | |
|---|---|---|
| Base Rate | $87.00 | |
| Additional Address | $87.00 | 610 W. COOK ST. |
| Locate | $10.00 | |
| **Order Total:** | **$184.00** | |

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Ferguson, Praet & Sherman SBN 119430 1631 E 18th St Santa Ana          CA        92705 | | | | |
| Telephone No:        (714) 953-5300 | | | | |
| Attorney for: Plaintiff | | Ref. No. or File No. 937785        WESTERFIELD | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA |
| Plaintiff: CHRISTOPHER A. WESTERFIELD |
| Defendant: GREGORY J. WADE |

| PROOF OF SERVICE SUB IN CIVIL CASE | Hearing Date. 6/26/06 Mon, Jun. 26, 2006 | Time 2:30 PM 2:30PM | Dept/Div: WESTE | Case Number CV 05-6645 ABC (FMOx) |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUBPOENA IN A CIVIL CASE; -DEFENDANTS' NOTICE OF DEPOSITION AND SUBPOENA'S FOR 1.) JESSICA KRELLE.(2.) FREDDY ANDERSON AND 3.) SHIRLEY KNUTZEN

3. a. *Party served:*          JESSICA KRELLE
   b. *Person served:*          party in item 3.a.

4. *Address where the party was served:*          610  W. COOK ST.  #C
                                                   SANTA MARIA, CA 93458

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jun. 01, 2006 (2) at: 8:13PM
   b. *I received this subpena for service on:*          Thursday, June 01, 2006

6. *Witness fees were offered or demanded, and paid:*          $45.00

7. *Person Who Served Papers:*                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ERNEST  MENDEZ                          d.  *The Fee for Service was:*  **$184.00**
   b. **DDS LEGAL SUPPORT SYSTEMS**          e.  I am: (3) registered California process server
      2900 BRISTOL ST.                                *(i)*    Independent Contractor
      E106                                             *(ii)*   *Registration No.:*          174
      Costa Mesa, CA  92626                            *(iii)*  *County:*          Santa Barbara
   c. 714 662-5555                                     *(iv)*   *Expiration Date:*          Fri, Sep. 15, 2006

8.  I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
    Date:Fri, Jun. 02, 2006

Judicial Council Form                        PROOF OF SERVICE                        (ERNEST MENDEZ)          dds.70583
Rule 982.9.(a)&(b) Rev July 1, 2004          SUB IN CIVIL CASE

| Attorney or Party without Attorney | | | | For Court Use Only |
|---|---|---|---|---|
| Ferguson, Praet & Sherman  SBN 119430 <br> 1631 E 18th St <br> Santa Ana          CA        92705 <br> Telephone No     (714) 953-5300 | | | Ref No or File No <br> 937785      WESTERFIELD | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA |

| Plaintiff CHRISTOPHER A. WESTERFIELD |
|---|
| Defendant GREGORY J. WADE |

| **Affidavit of Reasonable Diligence** | Hearing Date <br> Mon, Jun. 26, 2006 | Time: <br> 2:30 PM <br> 2:30pm | Dept/Div: <br> WESTERN | Case Number: <br> CV 05-6645 ABC (FMOx) |
|---|---|---|---|---|

1. I, ERNEST MENDEZ, and any employee or independent contractors retained by DDS LEGAL SUPPORT SYSTEMS are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Witness JESSICA KRELLE as follows:

2. *Documents:*   SUBPOENA IN A CIVIL CASE; -DEFENDANTS' NOTICE OF DEPOSITION AND SUBPOENA'S FOR 1.) JESSICA KRELLE, 2.) FREDDY ANDERSON AND 3.) SHIRLEY KNUTZEN.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Thu | 06/01/06 | 8:01pm | Home | BAD ADDRESS-EX BOYFRIEND ADVISED OF NEW ADDRESS, WILL BE THERE FOR A SHORT TIME. Attempt made by: ERNEST MENDEZ. Attempt at: 519 WEST ORANGE STREET # C  SANTA MARIA CA 93458. |
| Thu | 06/01/06 | 8:13pm | Home | SERVER RELOCATED AND SERVED AT NEW ADDRESS Attempt made by: ERNEST MENDEZ. Attempt at: 610  W. COOK ST.  #C  SANTA MARIA CA 93458. |
| Thu | 06/01/06 | 8:13pm | | Personal Service on: JESSICA  KRELLE Home - 610  W. COOK ST.  #C SANTA MARIA, CA. 93458  by Serving: party in item 3.a..  Served by: ERNEST MENDEZ |

3. *Person Executing*
   a. ERNEST MENDEZ
   b. **DDS LEGAL SUPPORT SYSTEMS**
      2900 BRISTOL ST.
      E106
      Costa Mesa, CA  92626
   c. 714 662-5555

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d.. *The Fee for service was:*      **$184.00**
e. *I am:*  (3)  registered California process server
   (i)   Independent Contractor
   (ii)  *Registration No.:*          174
   (iii) *County:*                        Santa Barbara
   (iv)  *Expiration Date:*          Fri, Sep. 15, 2006

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

*Date:* Fri, Jun. 02, 2006          **Affidavit of Reasonable Diligence**                    (ERNEST  MENDEZ)

# ITEM "2"

| 05/31/06 | Cathy 937798 | Ferguson, Praet & Sherman SBN 119 1631 E 18th St Santa Ana CA 92705-7101 | Freddy Anderson 1202 Kensington Ave Santa Maria CA 93454-2534 | WESTERFIELD WESTERFIELD V. W |

Documents:    SUBPOENA IN A CIVIL CASE

Remarks:

Order Type:    "Statewide" Process

| | Base Rate | $87.00 |
|---|---|---|
| | Order Total: | $87.00 |

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Ferguson, Praet & Sherman SBN 119430 1631 E 18th St Santa Ana        CA        92705 *Telephone No:*        (714) 953-5300 | | | | |

| *Attorney for:* Plaintiff | *Ref. No. or File No.* 937798  / WESTERFIELD |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

*Plaintiff:* CHRISTOPHER A. WESTERFIELD

*Defendant:* GREGORY J. WADE

| **PROOF OF SERVICE SUB IN CIVIL CASE** | *Hearing Date:* Mon, Jun. 26, 2006 | *Time:* 3:30PM | *Dept/Div:* | *Case Number:* CV 05-6645 ABC (FMOx) |
|---|---|---|---|---|

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the SUBPOENA IN A CIVIL CASE; DEFENDANTS' NOTICE OF DEPOSITIONS AND SUBPOEN'S FOR 1.) JESSICA KRELLE, 2.) FREDDY ANDERSON, AND 3.) SHIRLEY KNUTZEN

3.  a. *Party served:*            FREDDY ANDERSON
    b. *Person served:*          party in item 3.a.

4.  *Address where the party was served:*     1202 NORTH KENSINGTON
                                              SANTA MARIA, CA 93454

5.  I served the party:
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jun. 07, 2006 (2) at: 10:00AM
    b. *I received this subpena for service on:*     Thursday, June 01, 2006

6.  *Witness fees were offered or demanded, and paid:*     $45.00

7.  *Person Who Served Papers:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. ERNEST  MENDEZ                              d. *The Fee for Service was:*  87.00
    b. **DDS LEGAL SUPPORT SYSTEMS**               e. I am: (3)  registered California process server
       2900 BRISTOL ST.                                 *(i)*   Independent Contractor
       E106                                             *(ii)*  *Registration No.:*     174
       Costa Mesa, CA  92626                            *(iii)* *County:*               Santa Barbara
    c. 714 662-5555                                     *(iv)*  *Expiration Date:*      Fri, Sep. 15, 2006

8.  *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date:Thu, Jun. 08, 2006

| Judicial Council form POS-010 Rule 982.9.(a)&(b) Rev July 1, 2004 | PROOF OF SERVICE SUB IN CIVIL CASE | (ERNEST  MENDEZ) | dds.70587 |
|---|---|---|---|

SCANNED

# ITEM "3"

| 05/31/06 | Cathy | Ferguson, Praet & Sherman SBN 119 | Shirley Knutzen | WESTERFIELD |
| | **937805** | 1631 E 18th St | 1862 Barrington Dr | WESTERFIELD V W |
| | | Santa Ana CA 92705-7101 | Santa Maria CA 93458-1206 | |

Documents:   SUBPOENA IN A CIVIL CASE

Remarks:

Order Type:   "Statewide" Process

| Base Rate | $87 00 |
| --- | --- |
| **Order Total:** | **$87.00** |

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Ferguson, Praet & Sherman SBN 119430 <br> 1631 E 18th St <br> Santa Ana          CA      92705 <br> *Telephone No:*          (714) 953-5300 | | | | | |
| *Attorney for* Plaintiff | *Ref. No. or File No.:* <br> 937805    / WESTERFIELD | | | | |

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

*Plaintiff* CHRISTOPHER A. WESTERFIELD

*Defendant* GREGORY J. WADE

| PROOF OF SERVICE <br> SUB IN CIVIL CASE | *Hearing Date:* <br> Mon, Jun. 26, 2006 | *Time:* <br> 4:00PM | *Dept/Div:* | *Case Number:* <br> CV 05-6645 ABC (FMOx) |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUBPOENA IN A CIVIL CASE; -DEFENDANTS' NOTICE OF DEPOSITION AND SUBPOENA'S FOR 1.) JESSICA KRELLE, 2.) FREDDY ANDERSON AND 3.) SHIRLEY KNUTZEN

3. a. *Party served:*                                    SHIRLEY KNUTZEN
   b. *Person served:*                                   party in item 3.a.

4. *Address where the party was served:*                 1862 BARRINGTON DRIVE
                                                          SANTA MARIA, CA 93458

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jun. 01, 2006 (2) at: 7:52PM
   b. *I received this subpena for service on:*          Thursday, June 01, 2006

6. *Witness fees were offered or demanded, and paid.*       $45.00

7. ***Person Who Served Papers:***                         Recoverable Cost Per CCP 1033 5(a)(4)(B)
   a. ERNEST  MENDEZ                                 d. *The Fee for Service was:* 87.00
   **b. DDS LEGAL SUPPORT SYSTEMS**                  e. I am: (3) registered California process server
      2900 BRISTOL ST.                                  *(i)*   Independent Contractor
      E106                                              *(ii)*  *Registration No.:*     174
      Costa Mesa, CA  92626                             *(iii)* *County:*               Santa Barbara
   c. 714 662-5555                                      *(iv)*  *Expiration Date:*      Fri, Sep. 15, 2006

8. **I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.**

   Date:Fri, Jun. 02, 2006

   Judicial Council Form                    PROOF OF SERVICE                (ERNEST  MENDEZ)          dds.70586
   Rule 982.9.(a)&(b) Rev July 1, 2004      SUB IN CIVIL CASE

# ITEM "4"

**MeritReporting** & Video

*Earning Your Trust Since 1974*
San Luis Obispo · Santa Maria · Santa Barbara

1151 Leff Street
P.O. Box 1039
San Luis Obispo, CA 93406-1039
(805) 541-0333 · FAX (805) 541-2136

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 60623 | 07/19/2006 | 01-207107 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 06/26/2006 | SHOFLO | CV 05-6645 A |
| | CASE CAPTION | |

Kelly R. Irwin
FERGUSON, PRAET & SHERMAN
1631 E. 18th Street
Santa Ana, CA 92701

WESTERFIELD vs. WADE

TERMS

Due upon receipt

```
ORIGINAL & 1 CERTIFIED COPY OF THE DEPOSITION OF:
    CHRISTOPHER A. WESTERFIELD                                    984.05

ORIGINAL & 1 CERTIFIED COPY OF THE DEPOSITION OF:
    JESSICA KRELLE                                               421.55

ORIGINAL & 1 CERTIFIED COPY OF THE DEPOSITION OF:
    FREDDY ANDERSON                                              238.90

ORIGINAL & 1 CERTIFIED COPY OF THE DEPOSITION OF:
    SHIRLEY KNUTZEN                                              425.65
                                                             _____
                              TOTAL  DUE  >>>>                  2,070.15

NO CHARGE FOR YOUR COMPRESSED TRANSCRIPTS OR DISKETTES!
```



TAX ID NO.:   20-3438808                 *We appreciate your business!*        (714) 953-5300

*Please detach bottom portion and return with payment.*

Kelly R. Irwin
FERGUSON, PRAET & SHERMAN
1631 E. 18th Street
Santa Ana, CA 92701

```
Invoice No.:  60623
Date        : 07/19/2006
TOTAL DUE   :   2,070.15



Job No.     :  01-207107
Case No.    :  CV 05-6645 ABC (FMOx)
WESTERFIELD vs. WADE
```

☐ *MasterCard*   ☐ *VISA*   ☐ *AMEX*   ☐ *Discover*   ☐ *Diner's Club*

*Name on Card* _____

Remit To:   **MERIT REPORTING & VIDEO**
            **1151 Leff Street**
            **P.O. Box 1039**
            **San Luis Obispo, CA 93406-1039**

*Card No.* _____ *Exp. date* _____

*Billing Address/Phone* _____

*Authorized Signature* _____

SCANNED

# ITEM "5"

# INVOICE

**MeritReporting**
& Video
*Earning Your Trust Since 1974*
San Luis Obispo · Santa Maria · Santa Barbara

1151 Leff Street
P.O. Box 1039
San Luis Obispo, CA 93406-1039
(805) 541-0333 · FAX (805) 541-2136

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 60633 | 07/20/2006 | 01-207110 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 06/27/2006 | SHOFLO | CV 05-6645 A |
| | CASE CAPTION | |

Kelly R. Irwin
FERGUSON, PRAET & SHERMAN
1631 East 18th Street
Santa Ana, CA 92701

WESTERFIELD vs. WADE

TERMS

Due upon receipt

ONE CERTIFIED COPY OF DEPOSITION OF:
    CLAUDETTE SILVA                                                      133.65

                                    TOTAL   DUE   >>>>              133.65

NO CHARGE FOR YOUR COMPRESSED TRANSCRIPT OR DISKETTE!

RECEIVED
JUN 29 2006

TAX ID NO.:   20-3438808          *We appreciate your business!*      (714) 953-5300   Fax (714) 953-1143

*Please detach bottom portion and return with payment.*

Kelly R. Irwin
FERGUSON, PRAET & SHERMAN
1631 East 18th Street
Santa Ana, CA 92701

Invoice No.:  60633
Date       :  07/20/2006
**TOTAL DUE :      133.65**

Job No.    :  01-207110
Case No.   :  CV 05-6645 ABC (FMOx)
            WESTERFIELD vs. WADE

☐ MasterCard   ☐ VISA   ☐ AMEX   ☐ Discover   ☐ Diner's Club

Name on Card_____

Card No. _____ Exp. date _____

Billing Address/Phone_____

Authorized Signature _____

Remit To:   **MERIT REPORTING & VIDEO**
            **1151 Leff Street**
            **P.O. Box 1039**
            **San Luis Obispo, CA 93406-1039**

# ITEM "6"



**Gallagher Video Services, Inc.**
P.O. Box 248
Paso Robles, CA 93447
*Gallagher* 805 227-0300

# Invoice

| Date | Invoice No. |
|------|-------------|
| 07/11/06 | 11025 |

| Bill To |
|---------|
| Ms. Kelly Irwin, Attorney<br>Ferguson, Praet & Sherman, APC<br>1631 East 18th Street<br>Santa Ana, CA 92705-7101 |

| Ship To |
|---------|
| Same |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Master VHS T-160 (8 Hour Tape) | 1 | 24.95 | 24.95T |
| UPS Shipping | | 6.00 | 6.00 |
| | | | |
| Duplication requested by David L. Hagan | | | |
| 7.25% Sales Tax | | 7.25% | 1.81 |

*Westerfield*
*rs*
*S. M.*

| | TOTAL | |
|--|-------|--|
| | | $32.76 |

# ITEM "7"

**LAW OFFICES OF**
**FERGUSON, PRAET & SHERMAN**
A PROFESSIONAL CORPORATION
1631 E. 18TH STREET
SANTA ANA, CA 92705-7101

WELLS FARGO BANK, NA
SANTA ANA, CA 92706
16-24/1220

2106

5/30/2006

PAY TO THE
ORDER OF   Jessica Krelle                                          $  **45.00

Forty-Five and 00/100********************************************************DOLLARS

Jessica Krelle

MEMO   Witness Fees on Westerfield v. S.M.

�011"0 2ᴸ0 6 2"'  ⑈:ᴸ2 2000 2 4 7⑈:0 2970 949 2 2⑈

# ITEM "8"

21063

**LAW OFFICES OF**
**FERGUSON, PRAET & SHERMAN**
A PROFESSIONAL CORPORATION
1631 E. 18TH STREET
SANTA ANA, CA 92705-7101

WELLS FARGO BANK, NA
SANTA ANA, CA 92706
16-24/1220

5/30/2006

PAY TO THE
ORDER OF    **Freddy Anderson**                                                        $   **45.00

**Forty-Five and 00/100**************************************************************************DOLLARS

**Freddy Anderson**

**Witness Fees on Westerfield v. S.M.**

⑆021063⑆ ⑈122000247⑈ 029709492 2⑈

SCANNED

# ITEM "9"

21064

**LAW OFFICES OF**
**FERGUSON, PRAET & SHERMAN**
A PROFESSIONAL CORPORATION
1631 E. 18TH STREET
SANTA ANA, CA  92705-7101

WELLS FARGO BANK, NA
SANTA ANA, CA 92706
16-24/1220

5/30/2006

PAY TO THE
ORDER OF ___ **Shirley Knutzen** _____    $  **45.00

**Forty-Five and 00/100***********************************************************************DOLLARS

Shirley Knutzen

Witness Fees on Westerfield v. S.M.

⑈021064⑈ ⑆122000247⑆ 0297094922⑈

SCANNED

# ITEM "10"

```
Five Star Service Guaranteed                              0015991            0001  0F0001
                                                                 PAGE:  1
CITY OF SANTA MARIA
IVAN CORDERO                           C/H ACT
110 E COOK STREET                      A/O ACT
ROOM 6                                 STATEMENT DATE     11 22 06
SANTA MARIA     CA 93454-0000          TOTAL                457.75

USA


CARDHOLDER:                            APPROVING OFFICIAL:
WILLIAM SPEARS                         SHARON WESTCOTT
CITY OF SANTA MARIA                    CITY OF SANTA MARIA
222 E COOK ST                          222 EAST COOK ST
SANTA MARIA     CA 93454-0000          SANTA MARIA  CA 93454-0000
```

ACCOUNTING CODE

CARDHOLDER'S E-MAIL:
OFFICIAL'S E-MAIL  :

STATEMENT OF ACCOUNT
STATE OF CALIFORNIA BANKCARD

| PURCHASE DATE/PROCESSING DATE | MERCHANT NAME | AMOUNT |
|---|---|---|
| REFERENCE NUMBER | MERCHANT LOCATION/SIC CODE | |
| PURCHASE ID/CUSTOMER CODE | ORIGINAL AMOUNT | |
| CURRENCY CODE | CONV. RATE | |

```
11/17/06 XV 11/18                      STARBUCKS USA 00099739        1.85
24164076322355415780684                LOS ANGELES   CA  5814
                      /00000000000000000              0.00
USD
DESCRIPTION-----------------------------------------------------
ACCTG.CODE----------------------------------------------------
11/17/06 XV 11/19                      AZALEA RESTAURANT           50.00
24653006323400005490148                LOS ANGELES   CA  5812
                      /                               0.00
USD
DESCRIPTION-----------------------------------------------------
ACCTG.CODE----------------------------------------------------
11/18/06 XV 11/19                      THE NEW OTANI HOTEL-GRDN    405.90
24653006323900011003587                LOS ANGELES   CA  7011
316984                /                               0.00
USD                                                        <125.40) Credit
DESCRIPTION-----------------------------------------------------
ACCTG.CODE----------------------------------------------------
                                                           $ 280.50
```

```
                                       TOTAL             457.75
```

| USER FIELD 2 | | PURCH LIMIT | 500 |
|---|---|---|---|
| TAX EXEMPT # | | 30 DAY LIMIT | 2,000 |
| QUARTERLY LIMIT: | 0.00 | ANNUAL LIMIT: | 0.00 |
| QUARTERLY BAL.: | 457.75 | YTD BAL: | 457.75 |

I CERTIFY THAT ALL PURCHASES LISTED ON THIS STATEMENT, UNLESS ANNOTATED
TO THE CONTRARY, ARE TRUE AND CORRECT AND WERE MADE FOR OFFICIAL PURPOS-
ES.  PAYMENT IS AUTHORIZED.

THE FOLLOWING ITEMS ARE IN ERROR AND SHOULD BE REMOVED FROM THIS STMT.

```
CARDHOLDER SIGNATURE        DATE     APPROVING OFFICIAL        DATE
```



### The New Otani
HOTEL & GARDEN  LOS ANGELES

*William Spears*

*US*

| | |
|---|---|
| **Arrival** | *12-26-06* |
| **Departure** | *12-27-06* |
| **Room No.** | *9110* |
| **Folio No.** | |
| **Cashier** | *24* |
| **Page No.** | *1 of 1* |
| **Booking No.** | |

| Date | Description | | Debit | Credit |
|---|---|---|---|---|
| *12-26-06* | *Allowance - Room* | *City of Sta Maria/PD, rate @110#23310* | *-125.40* | |
| *12-26-06* | *Visa* | | | *-125.40* |

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, association or credit card issuer fails to pay for any part or the full amount of these charges.

| | *Balance* | *6.00* |
|---|---|---|

Signature: _____

SCANNED

# ITEM "11"

*The New Otani*
HOTEL & GARDEN  LOS ANGELES

Danny Macagni
Santa Maria, CA 93455
US

| | |
|---|---|
| Arrival | 11-15-06 |
| Departure | 11-17-06 |
| Room No. | 0806 |
| Folio No. | 83862 |
| Cashier | 41 |
| Page No. | 1 of 1 |
| Booking No | |

| Date | Description | | Debit | Credit |
|---|---|---|---|---|
| 11-15-06 | Azalea - Dinner | #806 : CHECK #1644 | 23.51 | |
| 11-15-06 | Package Rate | | 110.00 | |
| 11-15-06 | Room Tax | | 15.40 | |
| 11-15-06 | Parking - Valet Special | | 13.20 | |
| 11-16-06 | Azalea - Dinner | #806 : CHECK #1754 | 20.72 | |
| 11-16-06 | Package Rate | | 110.00 | |
| 11-16-06 | Room Tax | | 15.40 | |
| 11-16-06 | Parking - Valet Special | | 13.20 | |
| 11-17-06 | Visa | | | 321.43 |

*250.80*

I agree that my liability for this bill is not waived and agree to be held
personally liable in the event that the indicated person, company,
association or credit card issuer fails to pay for any part or the full amount
of these charges.

| | | |
|---|---|---|
| Balance | | 0.00 |

Signature: _____

# ITEM "12"

# The New Otani
### HOTEL & GARDEN · LOS ANGELES

Jesus Garcia
Santa Maria, CA 93454
US

| | |
|---|---|
| *Arrival* | 11-15-0 |
| *Departure* | 11-17-0 |
| *Room No.* | 172 |
| *Folio No.* | 8374 |
| *Cashier* | |
| *Page No.* | 1 of |
| *Booking No* | |

| Date | Description | | Debit | Credit |
|---|---|---|---|---|
| 11-15-06 | Package Rate | | 165.00 | |
| 11-15-06 | Room Tax | | 23.10 | |
| 11-15-06 | Parking - Self | | 14.85 | |
| 11-16-06 | Azalea - Dinner | #1726 : CHECK #1759 | 20.72 | |
| 11-16-06 | Room Service - Dinner | #1014 : CHECK #1718  Wade Greg #1 | 21.59 | |
| 11-16-06 | Package Rate | | 165.00 | |
| 11-16-06 | Room Tax | | 23.10 | |
| 11-16-06 | Parking - Self | | 14.85 | |
| 11-17-06 | Visa | | | 448.21 |

I agree that my liability for this bill is not waived and agree to be held
personally liable in the event that the indicated person, company,
association or credit card issuer fails to pay for any part or the full amount
of these charges.

Signature:

*Balance*          0.00

376.20
(125.40) Credit

-250.80

01/04/07  THU 17:23 FAX                                                    002

01/04/07  THU 17:23 FAX                                                    003



### The New Otani
#### HOTEL & GARDEN  LOS ANGELES

**Jesus Garcia**
**Santa Maria, CA 93454**
**US**

| | |
|---|---|
| *Arrival* | *12-26-06* |
| *Departure* | *12-27-06* |
| *Room No.* | *9109* |
| *Folio No.* | |
| *Cashier* | *24* |
| *Page No.* | *1 of 1* |
| *Booking No.* | |

| Date | Description | | Debit | Credit |
|---|---|---|---|---|
| *12-26-06* | *Allowance - Room* | *City of Sta Mari/PD, rate @110#233107* | *-125.40* | |
| *12-26-06* | *Visa* ▬▬▬▬▬ | | | *-125.40* |

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, association or credit card issuer fails to pay for any part or the full amount of these charges.

| *Balance* | *0.00* |
|---|---|

Signature: _____

SCANNED

# ITEM "13"

*tani*

IN LOS ANGELES

Kevin Waddell

US

| | |
|---|---|
| *Arrival* | *11-14-06* |
| *Departure* | *11-16-06* |
| *Room No.* | *0720* |
| *Folio No.* | *83643* |
| *Cashier* | *10* |
| *Page No.* | *1 of 1* |
| *Booking No* | |

| Date | Description | | | Debit | Credit |
|---|---|---|---|---|---|
| *11-14-06* | *Package Rate* | | | *110.00* | |
| *11-14-06* | *Room Tax* | | | *15.40* | |
| *11-14-06* | *Parking - Special* | | | *8.80* | 250.80 |
| *11-15-06* | *Package Rate* | | | *110.00* | |
| *11-15-06* | *Room Tax* | | | *15.40* | |
| *11-15-06* | *Parking - Special* | | | *8.80* | |
| *11-16-06* | *Room Service - Breakfast* | #720 | CK: 697 | *20.24* | |
| *11-16-06* | *Visa* | | | | *288.64* |
| | | | *Balance* | | *0.00* |

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, association or credit card issuer fails to pay for any part or the full amount of these charges.

120 S. Los Angeles Street . Los Angeles . California 90012 . Telephone: (213) 629-1200 . Fax: (213) 622-0980
Website: www.newotani.com

# The New Otani
### HOTEL & GARDEN  LOS ANGELES

Greg Wade
Santa Maria, CA 93455
US

| | |
|---|---|
| Arrival | 11-12-06 |
| Departure | 11-17-06 |
| Room No. | 1014 |
| Folio No. | 83697 |
| Cashier | 41 |
| Page No. | 1 of 1 |
| Booking No. | |

| Date | Description | Debit | Credit |
|---|---|---|---|
| 11-12-06 | Visa | | 450.00 |
| 11-12-06 | Package Rate | 110.00 | |
| 11-12-06 | Room Tax | 15.40 | |
| 11-12-06 | Parking - Special | 8.80 | |
| 11-13-06 | Package Rate | 110.00 | |
| 11-13-06 | Room Tax | 15.40 | |
| 11-13-06 | Parking - Special | 8.80 | |
| 11-14-06 | Package Rate | 110.00 | |
| 11-14-06 | Room Tax | 15.40 | |
| 11-14-06 | Parking - Special | 8.80 | |
| 11-15-06 | Package Rate | 110.00 | |
| 11-15-06 | Room Tax | 15.40 | |
| 11-15-06 | Parking - Special | 8.80 | |
| 11-16-06 | Package Rate | 110.00 | |
| 11-16-06 | Room Tax | 15.40 | |
| 11-16-06 | Parking - Special | 8.80 | |
| 11-17-06 | Visa | | 221.00 |

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, association or credit card issuer fails to pay for any part or the full amount of these charges.

**Balance**   0.00

Signature: _____

627.00

# ITEM "14"



**The New Otani**
HOTEL & GARDEN  LOS ANGELES

*Gregory James Wade*
*Santa Maria, CA 93455*
*US*

| | |
|---|---|
| **Arrival** | 11-19-06 |
| **Departure** | 11-20-06 |
| **Room No.** | 2020 |
| **Folio No.** | 84342 |
| **Cashier** | 36 |
| **Page No.** | 1 of 1 |
| **Booking No.** | |

| Date | Description | Debit | Credit |
|---|---|---|---|
| 11-19-06 | Package Rate | 117.00 | |
| 11-19-06 | Room Tax | 16.38 | |
| 11-19-06 | Parking - Special | 8.80 | |
| 11-20-06 | Visa | | 142.18 |
| | **Balance** | | 0.00 |

I agree that my liability for this bill is not waived and agree to be held personally
liable in the event that the indicated person, company, association or credit card
issuer fails to pay for any part or the full amount of these charges.

Signature: _____

133.38

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Michele Koller, employed in the aforesaid County, State of California, I am over the age of 18 years and not a party to the within action. My business address is 1631 East 18th Street, Santa Ana, California 92705-7101.

On April 2, 2007, I served the **BILL OF COSTS** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

David L. Hagan, Esq.
P.O. Box 1638
Pismo Beach, CA 93448-1638

XXX (By Mail) I placed such envelope for deposit in accordance with office practice, sealed, with postage thereon fully paid and the correspondence to be deposited in the United States mail at Santa Ana, California on the same day.

___ (By Personal Service) I caused such envelope to be delivered by hand to the office of the addressee.

XXX (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

___ (Federal) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 2, 2007, at Santa Ana, California.

*Michele Koller*
Michele Koller