Priority Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 05-6645 ABC (CWx) |
| Date | May 14, 2007 |
| Title | Christopher A. Westerfield v. Gregory J. Wade, et al. |

**Present: The Honorable** Audrey B. Collins

| Daphne Alex | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: None

Attorneys Present for Defendants: None

**Proceedings:** ORDER RE: PLAINTIFF'S MOTION TO RETAX COSTS (In Chambers)

Plaintiff Christopher A. Westerfield ("Plaintiff") filed the instant Motion to Retax Costs on April 23, 2007. Defendant City of Santa Maria and Gregory J. Wade ("Defendants") opposed on May 3, 2007. In their opposition, Defendants also requested Rule 11 sanctions. The matter is currently set for a hearing on May 21, 2007, but the Court finds that it is appropriate for decision without oral argument and hereby vacates the May 21, 2007 hearing date. See Fed. R. Civ. P. 78; Local Rule 7-15.

In his motion to retax costs, Plaintiff argues that because this Court found that Plaintiff was entitled to attorneys' fees for the first trial in this case, Plaintiff should also be entitled to costs for that trial. However, the award costs and attorneys' fees are entirely separate issues decided under separate standards. On March 22, 2007, following the first trial in this case, the Court issued an order allowing "Defendant [to] recover costs of suit pursuant to Federal Rules of Civil Procedure, Rule 54(b) and (d)(1)." The Court is not persuaded to reverse the March 22, 2007 Order. Thus, Plaintiff's motion to retax costs is hereby DENIED. Additionally, Defendant argues that Plaintiff's motion to retax costs is frivolous, and requests sanctions pursuant to Federal Rule of Civil Procedure 11. The Court hereby DENIES Defendant's request for sanctions.

**IT IS SO ORDERED.**

Initials of Preparer  DA

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).